# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------x
TARYN TIMMONS ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED

                          Plaintiff/Petitioner,

   -against-

Index No. 523391/18

RADIUS GLOBAL SOLUTIONS LLC F/K/A
NORTHLAND GROUP, LLC

                         Defendant/Respondent.
-----------------------------------x

## NOTICE OF ELECTRONIC FILING

**You have received this Notice because:**

- The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system, and
- You are a Defendant/Respondent (a party) in this case.
                              (CPLR § 2111, Uniform Rule § 202.5-b)

**If you are represented by an attorney**: give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

**If you are not represented by an attorney: you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

### Benefits of E-Filing

You can:

- serve and file your documents electronically
- view your case file on-line
- limit your number of trips to the courthouse
- pay any court fees on-line.

There are no additional fees to e-file, view, or print your case records.

To sign up for e-filing or for more information about how e-filing works, you may:

- visit: www.nycourts.gov/efile-unrepresented or
- go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys decling to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 11/19/201__

| MITCHELL L PASHKIN | 775 Park Avenue, Ste. 255 |
|---|---|
| Name | Address |

Huntington, NY  11743

_____
Firm Name

631-335-1107
Phone

mpash@verizon.net
E-Mail

To: _____
_____
_____

11/20/17

Index No.                    Page 2 of 2                                    EF-3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

| | |
|---|---|
| TARYN TIMMONS,<br>ON BEHALF OF HERSELF AND ALL OTHERS<br>SIMILIARLY SITUATED,<br><br>                              Plaintiff,<br><br>-against-<br><br>RADIUS GLOBAL SOLUTIONS LLC<br>FK/A NORTHLAND GROUP, INC.,<br><br>                              Defendant. | INDEX NO. 523391/2018<br>FILING DATE: 11/19/18<br><br>**SUMMONS**<br>**WITH NOTICE**<br><br>Plaintiff designates<br>Kings County<br>as the place of trial<br><br>The basis of the venue is<br>Plaintiff's residence |

To the above named Defendant:

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 21st day of November 2017, together with the costs of this action and attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. based on Exhibit A and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 21st day of November 2017, together with the costs of this action and attorney's fees.

Dated: November 19, 2018

/s/ _____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107



**Northland Group**

866-648-4512 ext 1056
For General Business Hours, please visit us at:
www.payments2northland.com

**November 21, 2017**



PAYMENT ADDRESS: P.O. Box 390846
Minneapolis, MN 55439
Mail Code DSL2

**Northland Reference #: F2134300**
Current Balance Due: $1,587.03
Creditor: Discover Bank
Discover Student Loan Account #:   *******4029



Taryn Timmons
985 Burns St
Orlando, FL  32803

Your past due account balance: $1,587.03

Dear Taryn Timmons,

Northland Group has written you regarding your debt obligation placed with our office for collection. We would like to assist you in resolving this matter.

The creditor of your account will allow you to settle your debt obligation for $1,110.90 in 9 payments over 9 months. To take advantage of this opportunity, your first payment must be received by 12/12/2017. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer.  Payments may NOT be more than 30 days apart or this settlement will be cancelled. Once all 8 payments of $123.43 and one final payment of $123.46 have been paid to our office on time, a letter will be sent confirming the above referenced account has been resolved. To take advantage of this offer, write the undersigned or call 866-648-4512 ext 1056.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Please note that whenever $600 or more is forgiven as a result of settling a debt for less than the balance owed the creditor may be required to report the amount forgiven to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor. If you are uncertain of the legal or tax consequences regarding a settlement, we encourage you to consult your legal or tax advisor.

**Payment Options**
**Pay by phone:** Please call Northland Group at 866-648-4512 ext 1056
**Pay by Mail:** Send payments to PO BOX 390846, Minneapolis, MN 55439
**Pay Online:** www.payments2northland.com

This communication is sent to you by Northland Group LLC, a debt collector and a member of ACA International.

228-1121_4_228 195



**Northland Group**

866-648-4512 ext 1056
For General Business Hours, please visit us at:
www.payments2northland.com

**November 21, 2017**



PAYMENT ADDRESS: P.O. Box 390846
Minneapolis, MN 55439
Mail Code DSL2

**Northland Reference #: F2134301**
Current Balance Due: $30,995.12
Creditor: Discover Bank
Discover Student Loan Account #:   *******4030



Taryn Timmons
985 Burns St
Orlando, FL  32803

Your past due account balance: $30,995.12

Dear Taryn Timmons,

Northland Group has written you regarding your debt obligation placed with our office for collection. We would like to assist you in resolving this matter.

The creditor of your account will allow you to settle your debt obligation for $21,696.60 in 9 payments over 9 months. To take advantage of this opportunity, your first payment must be received by 12/12/2017. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer.  Payments may NOT be more than 30 days apart or this settlement will be cancelled. Once all 8 payments of $2,410.73 and one final payment of $2,410.76 have been paid to our office on time, a letter will be sent confirming the above referenced account has been resolved. To take advantage of this offer, write the undersigned or call 866-648-4512 ext 1056.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Please note that whenever $600 or more is forgiven as a result of settling a debt for less than the balance owed the creditor may be required to report the amount forgiven to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor. If you are uncertain of the legal or tax consequences regarding a settlement, we encourage you to consult your legal or tax advisor.

**Payment Options**
**Pay by phone:** Please call Northland Group at 866-648-4512 ext 1056
**Pay by Mail:** Send payments to PO BOX 390846, Minneapolis, MN 55439
**Pay Online:** www.payments2northland.com

This communication is sent to you by Northland Group LLC, a debt collector and a member of ACA International.

228-1121_4_228 394

 **Northland Group**

866-648-4512 ext 1056
For General Business Hours, please visit us at:
www.payments2northland.com

**November 21, 2017**



PAYMENT ADDRESS: P.O. Box 390846
Minneapolis, MN 55439
Mail Code DSL2

**Northland Reference #: F2134303**
Current Balance Due: $6,074.93
Creditor: Discover Bank
Discover Student Loan Account #:  *******4028



Taryn Timmons
985 Burns St
Orlando, FL 32803

Your past due account balance: $6,074.93

Dear Taryn Timmons,

Northland Group has written you regarding your debt obligation placed with our office for collection. We would like to assist you in resolving this matter.

The creditor of your account will allow you to settle your debt obligation for $4,252.44 in 9 payments over 9 months. To take advantage of this opportunity, your first payment must be received by 12/12/2017. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer. Payments may NOT be more than 30 days apart or this settlement will be cancelled. Once all 8 payments of $472.49 and one final payment of $472.52 have been paid to our office on time, a letter will be sent confirming the above referenced account has been resolved. To take advantage of this offer, write the undersigned or call 866-648-4512 ext 1056.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Please note that whenever $600 or more is forgiven as a result of settling a debt for less than the balance owed the creditor may be required to report the amount forgiven to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor. If you are uncertain of the legal or tax consequences regarding a settlement, we encourage you to consult your legal or tax advisor.

**Payment Options**
**Pay by phone:** Please call Northland Group at 866-648-4512 ext 1056
**Pay by Mail:** Send payments to PO BOX 390846, Minneapolis, MN 55439
**Pay Online:** www.payments2northland.com

This communication is sent to you by Northland Group LLC, a debt collector and a member of ACA International.

228-1121_4_228 141

Case 1:19-cv-02202-AMD-CLP   Document 1-2   Filed 04/15/19   Page 9 of 10 PageID #: 14



**Northland Group**

866-648-4512 ext 1056
For General Business Hours, please visit us at:
www.payments2northland.com

**November 21, 2017**



PAYMENT ADDRESS: P.O. Box 390846
Minneapolis, MN 55439
Mail Code DSL2

**Northland Reference #: F2134302**
Current Balance Due: $20,970.57
Creditor: Discover Bank
Discover Student Loan Account #:   *******4027



Taryn Timmons
985 Burns St
Orlando, FL  32803

Your past due account balance: $20,970.57

Dear Taryn Timmons,

Northland Group has written you regarding your debt obligation placed with our office for collection. We would like to assist you in resolving this matter.

The creditor of your account will allow you to settle your debt obligation for $14,679.42 in 9 payments over 9 months. To take advantage of this opportunity, your first payment must be received by 12/12/2017. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer. Payments may NOT be more than 30 days apart or this settlement will be cancelled. Once all 8 payments of $1,631.05 and one final payment of $1,631.02 have been paid to our office on time, a letter will be sent confirming the above referenced account has been resolved. To take advantage of this offer, write the undersigned or call 866-648-4512 ext 1056.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Please note that whenever $600 or more is forgiven as a result of settling a debt for less than the balance owed the creditor may be required to report the amount forgiven to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor. If you are uncertain of the legal or tax consequences regarding a settlement, we encourage you to consult your legal or tax advisor.

**Payment Options**
**Pay by phone:** Please call Northland Group at 866-648-4512 ext 1056
**Pay by Mail:** Send payments to PO BOX 390846, Minneapolis, MN 55439
**Pay Online:** www.payments2northland.com

This communication is sent to you by Northland Group LLC, a debt collector and a member of ACA International.

228-1121_4_228 600

Index No. 523391/2018

TARYN TIMMONS,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                              Plaintiff(s),

    -vs-

RADIUS GLOBAL SOLUTIONS LLC
FK/A NORTHLAND GROUP, INC.,

                              Defendant(s).

## SUMMONS WITH NOTICE

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107